**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


ARNOLD D. OLDS,

        Plaintiff,

vs.                            CASE NO. 5:09cv319/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.
_____/

## ORDER

      Before me is the Magistrate Judge's Report and Recommendation (Doc. 22).  No objections have been filed.

      **IT IS ORDERED**:

      1.      The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

      2.      The decision of the Commissioner is affirmed, and this case is dismissed.

      3.      The clerk is directed to close the file.


      **ORDERED** on February 18, 2011.


                       /S/ Richard Smoak_____
                       **RICHARD SMOAK
                       UNITED STATES DISTRICT JUDGE**